```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   STEPHEN L. JOHNSON (CABN 145771)
    Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7161
       Fax: (415) 436-7169
7      E-Mail: stephen.johnson1@usdoj.gov

8   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 99-461 SI |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO AUTHORIZE DEFENDANT TO RECEIVE CREDIT ON HIS RESTITUTION OBLIGATION FROM FUNDS SEIZED FROM THIRD PARTY ACCOUNT** |
| BRETT S. HENDERSON, | ) |
| Defendant. | ) [PROPOSED] ORDER APPROVING STIPULATION |

The United States of America and defendant Brett S. Henderson respectfully submit this stipulation and proposed order to permit defendant to receive credit against his restitution for money that was seized from a co-defendant's account by the Securities and Exchange Commission (the "SEC").

**RECITALS**

A.    On February 14, 2000, the Court entered a Judgment in a Criminal Case (the "J&C"), by which defendant was convicted of Conspiracy to Commit Securities Fraud, was

---

STIPULATION TO AUTHORIZE DEFENDANT TO RECEIVE CREDIT ON HIS RESTITUTION
OBLIGATION FROM FUNDS SEIZED FROM THIRD PARTY ACCOUNT
[Proposed] ORDER APPROVING STIPULATION
[99-04641] SI

1  sentenced to 36 months of supervised release, and ordered to pay (1) a special assessment of
2  $100, (2) a fine of $1,000, and (3) restitution of $19,287. The J&C indicates that the restitution
3  is "joint and several" with co-defendant Richard Randall ("Randall").
4      B.    Randall was named originally in the criminal complaint. According to the
5  Presentence Report, however, Randall's case was resolved by pre-trial diversion. No criminal
6  judgment issued against Randall.
7      C.    Defendant has paid his special assessment and fine.
8      D.    Defendant believes he should be given credit against his restitution balance for
9  money taken by the SEC from an account held by Randall at the time the case was being
10 investigated.
11     E.    The United States Attorney's Office contacted the SEC, which has confirmed that
12 it collected a total of $37,000 from Randall during the course if its investigation, which it
13 credited to his obligation for insider trading. The SEC did not take any money from the
14 defendant and did not seek a judgment against him because of his inability to pay.
15     F.    The Presentence Report indicates that defendant was supposed to receive credit
16 for Randall's payment of the restitution, stating "assuming that amount is paid [$37,000 seized
17 from Randall's account], Henderson's debt will be satisfied." (PSR, page 3, footnote 1).
18 Moreover, the J&C indicates the debts are "joint and several."
19     G.    The Clerk of the Court is not willing to credit defendant for money the SEC
20 received from Randall because Randall was never convicted by the District Court.
21 For good cause, the parties stipulate and agree as follows:

**STIPULATION**

24     1.    The Clerk of the Court may give defendant credit for $19,287 in restitution paid
25 from sums taken by the SEC from his co-defendant Richard Randall; and
26     2.    Any money defendant has paid in excess of his criminal fine and special
27 assessment may be refunded to him by the Clerk of the Court, with any interest earned thereon.

STIPULATION TO AUTHORIZE DEFENDANT TO RECEIVE CREDIT ON HIS RESTITUTION
OBLIGATION FROM FUNDS SEIZED FROM THIRD PARTY ACCOUNT
[Proposed] ORDER APPROVING STIPULATION
[99-04641] SI     -2-

**SO STIPULATED**:

Dated: 7/7/09

/s/ Brett S. Henderson
_____
BRETT S. HENDERSON
Pro Se

**Defendant's Mailing Address**:

2301 S. Beverly Glen Blvd., Unit 104
Los Angeles, CA 90064

DATED: 7/7/09

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Stephen L. Johnson

_____
STEPHEN L. JOHNSON
Assistant United States Attorney

# ORDER APPROVING STIPULATION

The Court, having reviewed the stipulation set forth above, and good cause appearing, hereby approves it.

IT IS SO ORDERED.

_____
SUSAN ILLSTON
United States District Judge

STIPULATION TO AUTHORIZE DEFENDANT TO RECEIVE CREDIT ON HIS RESTITUTION
OBLIGATION FROM FUNDS SEIZED FROM THIRD PARTY ACCOUNT
[Proposed] ORDER APPROVING STIPULATION
[99-04641] SI                    -3-